# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| JOSEPH VITELLI | NO. 12-388    -06 |

# O R D E R

**AND NOW,** this 30th day of September, 2013, upon consideration of Motion of Defendant, Joseph Vitelli to Join Each Motion of Each Codefendant (Document No. 356, filed September 27, 2013), **IT IS ORDERED** that defendant Joseph Vitelli's Motion to Join is **DENIED** on the ground that defendant did not identify the motions he wishes to join with specificity.   The entry of this Order is **WITHOUT PREJUDICE** to the right of defendant, Joseph Vitelli, to file a joinder in specifically identified pretrial motions of other defendants in accordance with Paragraph 7 of Case Management Order 2 dated July 10, 2013, regarding motions practice.

                                              **BY THE COURT:**

                                                s/ Jan E. DuBois
                                              **DuBOIS, JAN E., J.**