# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| JOSEPH VITELLI | NO. 12-388   -06 |

## O R D E R

**AND NOW,** this 7th day of October, 2013, upon consideration of Motion of Defendant, Joseph Vitelli, for Joinder in Codefendant Patrick Tronoski's Motion In Limine to Preclude Evidence of Gambling Operations to Which He Was Not a Party and Any Other Criminal History That Has Nothing to Do With Gambling (Document 244) (Document No. 367, filed October 2, 2013), **IT IS ORDERED** that the Motion for Joinder is **DENIED AS MOOT** because Tronoski's Motion to Preclude Evidence was withdrawn by Order of September 16, 2013 (Document No. 339).

                                                    **BY THE COURT:**

                                                      /s/ Hon. Jan E. DuBois
                                                      **DuBOIS, JAN E., J.**