# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| ANNA ROSE VITELLI | NO. 12-388   -07 |

# O R D E R

**AND NOW,** this 7th day of October, 2013, upon consideration of Motion of Defendant, Anna Rose Vitelli, For Joinder in Codefendant's Motion to Suppress Wiretap and Physical Evidence (Document 253), Memorandum in Support of Motion to Support Motion to Suppress Wiretap and Physical Evidence (Document 252) and Revised Memorandum (Document 255) (Document No. 368, filed October 2, 2013), **IT IS ORDERED** that the Motion for Joinder is **GRANTED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**