IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| JOSEPH VITO MASTRONARDO, JR. | NO. 12-388 -01 |
| JOHN MASTRONARDO | -02 |
| JOSEPH F. MASTRONARDO | -03 |
| ERIC WOEHLCKE | -04 |
| HARRY MURRAY | -05 |
| JOSEPH VITELLI | -06 |
| ANNA ROSE VITELLI | -07 |
| PATRICK TRONOSKI | -08 |
| EDWARD FEIGHAN | -09 |
| KENNETH COHEN | -10 |
| SCHUYLER TWADDLE | -11 |
| MICHAEL LOFTUS | -12 |
| RONALD GENDRACHI | -15 |
| JOANNA MASTRONARDO | -16 |

**O R D E R**

**AND NOW**, this 27th day of January, 2014, **IT IS ORDERED** that Christopher Warren, Esquire, is **APPOINTED** co-liaison counsel for defendants to serve in the event of the unavailability of liaison counsel, Dennis Cogan, Esquire.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.