**BAIL**

                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: January 28, 2014 |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH VITO MASTRONARDO, JR | : | Criminal No. 12-388-01 |
| JOSEPH F. MASTRONARDO | | 12-388-03 |

                                    **NOTICE**

**TAKE NOTICE** that the above-entitled case has been set for **CHANGE OF PLEA** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Friday, January 31, 2014 at 10:00 a.m.** before the Honorable Jan E. DuBois in Courtroom 12-B, 12th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                                                    Sincerely,

                                                    /s/ Milahn Hull
                                                    Milahn Hull,
                                                    Deputy Clerk to Judge Jan E. DuBois

**[] INTERPRETER REQUIRED**
**[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM: Trial 2/3/14**

                                        Notice to:
                        Defendants (via hand delivery and U.S. mail)
                        John Morris, Esq. (via email)
                        Christopher Warren, Esq. (via email)
                        Jason Bologna, AUSA (via email)
                        Joseph S. Han, AUSA (via email)
                        Kelly Pearson, AUSA (via email)
                        U.S. Marshal (via email)
                        Janitza Gomez and Joshua Roth, Pretrial Services (via email)
                        Larry Bowman (via email)